ALAN M. KAUFMAN, ESQ. CSB:57449
DAVID J. KAUFMAN, ESQ. CSB: 183326
KAUFMAN & KAUFMAN
220 Montgomery Street, Suite 966
San Francisco, California 94104
Telephone: (415) 956-4616
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO, CA

| | |
|---|---|
| DALJIT SINGH, | Case No. C 07 3963 PJH |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| ROBIN BARRETT, Field Office Director, US Citizenship and Immigration Services and NANCY ALCANTAR, Field Office Director, US Immigration & Customs Enforcement, | |
| Defendant. | |

The undersigned hereby certifies that he is an employee of the Kaufman and Kaufman Attorneys at Law and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on this date the undersigned caused a copy of the following documents to be served upon defendant: COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTION AND SUMMONS IN CIVIL CASE.

The undersigned caused the afore-described documents to be served by the placing copies in a sealed envelope, postage prepaid, in the United States Mail at San Francisco, California, addressed to:

Robin Barrett,
Field Office Director, United States Citizenship and Immigration Services
630 Sansome St.
San Francisco, CA 94111

1

Nancy Alcantar,
Field Office Director, United States Immigration and Customs Enforcement
630 Sansome St., 6th Floor
San Francisco, CA 94111

Civil Process Clerk, United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102.

      I declare under penalty of perjury that the foregoing is true and correct and that this was executed on August 1, 2007 at San Francisco, California.

                                               OSCAR CUBAS