1  DAVID J. KAUFMAN, ESQ. *(California State Bar No. 183326)*
   KAUFMAN & KAUFMAN
2  220 Montgomery Street, Suite 966
   San Francisco, CA 94104
3  Telephone: (415) 956-7770

4  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| DALJIT SINGH, | **Case No. CV 07-03963 PJH** |
| Plaintiff, | |
| v | PLAINTIFF'S NOTICE OF DISMISSAL |
| ROBIN BARRETT, Field Office Director, USCIS, and NANCY ALCANTAR, Field Office Director, ICE, | |
| Defendant. | |

On August 1, 2007, plaintiff filed a complaint for a declaratory judgment and injunction alleging that defendant (Barrett) had unlawfully delayed the processing of plaintiff's "Application to Adjust Status" based on his marriage to Mele Koka Alanti, a U.S. citizen, and pursuant to 8 U.S.C. 1255(a), section 245(a) of the Immigration and Nationality Act.

Plaintiff has decided he no longer wishes to pursue his application to adust status.

The defendant has neither filed an answer or motion for summary judgment in this matter.

Pursuant to FRCP 41(a) plaintiff hereby gives notice that he requests that his complaint be dismissed.

Dated: October 17, 2007

*[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court, Northern District of California]*

Respectfully submitted,

_____
DAVID J. KAUFMAN
Attorney for Plaintiff

PLAINTIFF'S NOTICE OF DISMISSAL

## CERTIFICATE OF SERVICE

I, Oscar G. Cubas, certify that I am an employee of Kaufman & Kaufman Attorneys At Law, that my business address is 220 Montgomery Street, Suite 966, San Francisco, CA 94104 and that on October 18, 2007, I served by mailed in a sealed and prepaid envelope a copy of the Plaintiff's Notice of Dismissal to Edward Olson, Assistant US District Attorney, 450 Golden Gate Ave., Box 36055, San Francisco, CA 94102 and faxed to his office at 436-6927.

Dated: October 18, 2007

_____
Oscar G. Cubas